# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Francisco Javier Bernal-Peraza<br>DOB: XX/XX/1989; Citizen of Mexico; | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-01744MJ |
| Complaint for violation of Title 18 United States Code § 1028A and 1028(a)(4) | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>June 12, 2018 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** From a time unknown to on or about June 12, 2018, at or near Nogales, in the District of Arizona, **Francisco Javier Bernal-Peraza**, did knowingly transfer, possess and use without lawful authority, a means of identification of another person, to wit: a DSP-150 Border Crossing Card in the name of Rafael Verdugo-Barcelo, during and in relation to the commission of felonious unlawful activity that constitutes a violation of Title 18, United States Code, Section 1546, Fraud and Misuse of Visas and Other Documents, all in violation of Title 18, United States Code, Section 1028A.

**COUNT 2:** From a time unknown to on or about June 12, 2018, at or near Nogales, in the District of Arizona, the defendant, **Francisco Javier Bernal-Peraza**, did knowingly possess an identification document, that is a DSP-150 Border Crossing Card, in the name of Rafael Verdugo-Barcelo, which was one that was not lawfully issued to the defendant for the defendant's own personal use, with the intent that such document be used to defraud the United States, that is to gain unlawful entry into the United States, in violation of Title 18, United States Code, Section 1028(a)(4) and 1028(b)(6).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 12, 2018, at or near Nogales, in the District of Arizona, the defendant, **Francisco Javier Bernal-Peraza**, presented a DSP-150 Border Crossing Card to United States Customs and Border Protection Officers at the Port of Entry as proof that he had legal authority to enter into the United States. The DSP-150 Border Crossing Card, was not lawfully issued to the defendant for the defendant's own personal use, but was issued to another real person, which the defendant knew. Defendant presented the identification document with intent that such document be used to gain unlawful entry into the United States from Mexico, which would defraud the United States. **Francisco Javier Bernal-Peraza** is a citizen of Mexico with no legal authority to enter into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br><br>Authorized by AUSA  FMK | SIGNATURE OF COMPLAINANT<br>(official title)<br>Kyle C. Payton<br>OFFICIAL TITLE<br><br>CBPO/E |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 13, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54